JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB -9 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 824

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE RAC MORTGAGE INVESTMENT CORP. SECURITIES LITIGATION

TRANSFER ORDER*

This litigation presently consists of five actions pending in two federal districts: four actions in the District of Maryland and one action in the District of Colorado. All parties to the actions either agree upon the desirability of, or do not oppose, transfer of the Colorado action under 28 U.S.C. §1407 to the District of Maryland for coordinated or consolidated pretrial proceedings with the actions pending there. The Panel finds, upon consideration of the papers submitted,[1] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.[2]

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the District of Colorado be, and the same hereby is, transferred to the District of Maryland and, with the consent of that court, assigned to the Honorable Frank A. Kaufman for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\*   Judge Robert H. Schnacke took no part in the decision of this matter.

[1]   The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).

[2]   Prudential-Bache Securities, Inc., the party that brought the Section 1407 motion now before the Panel, has recently submitted another Section 1407 motion in this docket, seeking transfer to the District of Maryland of an additional related action pending in the District of the District of Columbia. This motion, however, was filed too late to be considered by the Panel at its January 25 hearing in Orlando, Florida. Accordingly, this motion will be treated as a motion to transfer a potential tag-along action. See Rules 10 and 13(d), R.P.J.P.M.L., 120 F.R.D. 251, 256-57 and 259 (1988).

SCHEDULE A

MDL-824 -- In Re RAC Mortgage Investment Corp. Securities Litigation

### District of Colorado

Cynthia Kleinman, et al. v. Prudential-Bache Securities, Inc., C.A. No. 89-Z-1454

### District of Maryland

Samuel C. Burr, et al. v. Prudential-Bache Securities, Inc., C.A. No. K89-1889

Cora Ginsburg, Inc. Pension Fund v. RAC Mortgage Investment Corporation, et al., C.A. No. K89-1906

Victor A. Barbato v. RAC Mortgage Investment Corporation, et al., C.A. No. K89-1796

Barnett Gillman v. RAC Mortgage Investment Corporation, et al., C.A. No. K89-1988

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 15 1991

PATRICIA D. HOWARD
CLERK OF THE PANEL

## DOCKET NO. 824

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE RAC MORTGAGE INVESTMENT CORP. SECURITIES LITIGATION

### ORDER REASSIGNING LITIGATION

The actions in the above litigation have been reassigned to the Honorable J. Frederick Motz in accordance with the Local Rules for the United States District Court for the District of Maryland.

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable J. Frederick Motz for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE PANEL:

John F. Nangle
Chairman